# MEMORANDUM DECISIONS.

[Civil No. 556.]

In the Matter of the Final Account of THOMAS HUGHES, Special Administrator of Joseph Purr, Deceased.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. J. D. Bethune, Judge.

No appearance for Appellant.

Rochester Ford, for Appellees.

January 15, 1897. Affirmed.

[Civil No. 533.]

OSCAR BUCKALEU, Appellant, v. LEO GOLDSCHMIDT, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. J. D. Bethune, Judge.

Barnes & Martin, for Appellant.

S. M. Franklin, for Appellee.

January 15, 1897. Affirmed.

[Civil No. 558.]

JENNIE M. CROW et al., Appellants, v. ELLA C. ADAMS, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

No appearance for Appellants.

Millay & Bennett, for Appellee.

January 15, 1897. Affirmed.